Francisco J. VELA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3070.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2011.

Edward P. Fahey, Jr., Laredo, TX, for
Petitioner.

Douglas G. Edelschick, Department of
Justice, Washington, DC, for Respondent.

Before PROST, MAYER, and
GAJARSA, Circuit Judges.

ON MOTION

PER CURIAM.

ORDER

Francisco J. Vela moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

Jose M. SOTO, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3071.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2011.

Edward P. Fahey Jr., Laredo, TX, for
Petitioner.

Before PROST, MAYER, and
GAJARSA, Circuit Judges.

ON MOTION

PER CURIAM.

ORDER

Jose M. Soto moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.